Opinion filed December 17, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed December 17,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-09-00266-CR

                                           __________

 

                                  JOSE ANTHONY LORTA, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 220th District Court

 

                                                      Comanche
County, Texas

 

                                          Trial
Court Cause No. CCCR-08-03112

 



 

                                              M E
M O R A N D U M    O P I N I O N








This
is an appeal from a judgment revoking community supervision.  The trial court
convicted Jose Anthony Lorta, upon his plea of guilty, of burglary of a
habitation and assessed his punishment at confinement for ten years and a
$1,000 fine.  Pursuant to the plea bargain agreement, the imposition of the
confinement portion was suspended, and appellant was placed on community
supervision for ten years.  At the hearing on the State=s motion to revoke, appellant entered pleas of
true to three allegations that he violated the terms and conditions of his
community supervision.  The trial court found that appellant had violated the
terms and conditions of his community supervision, revoked his community
supervision, and imposed a sentence of confinement for ten years and a $1,000
fine.  We dismiss.

Appellant=s court-appointed counsel
has filed a motion to withdraw.  The motion is supported by a brief in which
counsel professionally and conscientiously examines the record and applicable
law and states that she has concluded that the appeal is frivolous.  Counsel
has provided appellant with a copy of the brief and advised appellant of his
right to review the record and file a response to counsel=s brief.  A response has
not been filed.  Court-appointed counsel has complied with the requirements of Anders
v. California, 386 U.S. 738 (1967); In re Schulman, 252 S.W.3d 403
(Tex. Crim. App. 2008); Stafford v. State, 813 S.W.2d 503 (Tex. Crim.
App. 1991); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie
v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Gainous v. State,
436 S.W.2d 137 (Tex. Crim. App. 1969); and Eaden v. State, 161 S.W.3d
173 (Tex. App.CEastland
2005, no pet.).

Following
the procedures outlined in Anders, we have independently reviewed the
record, and we agree that the appeal is without merit.  We note that counsel
has the responsibility to advise appellant that he may file a petition for
discretionary review by the Texas Court of Criminal Appeals.  Ex parte Owens,
206 S.W.3d 670 (Tex. Crim. App. 2006).  Likewise, this court advises appellant
that he may file a petition for discretionary review pursuant to Tex. R. App. P. 66.  Black v. State, 
217 S.W.3d 687 (Tex. App.CEastland
2007, no pet.). 

The
motion to withdraw is granted, and the appeal is dismissed.

 

 

PER CURIAM

 

December 17,
2009

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.